No. 11–7468.   DAVIS *v.* CAIN, WARDEN, 565 U. S. 1167.   Motion for leave to file petition for rehearing denied.

JUNE 26, 2012

No. 11–10820 (11A1193).   VILLEGAS LOPEZ *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUNE 28, 2012

No. 11A1189.   ARIZONA ET AL. *v.* ABEYTIA ET AL.   C. A. 9th Cir.   Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   Order heretofore entered by JUSTICE KENNEDY is vacated.   JUSTICE ALITO would grant the application for stay.